# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORGAN BLAKE CRAFT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1806** |
| **PHYSICIANS GROUP LABORATORIES, LLC** | **SECTION "B"(4)** |

## ORDER

Considering defendant Physicians Group Laboratories, LLC's ex parte motion for extension of time to file responsive pleadings (Rec. Doc. 6),

**IT IS HEREBY ORDERED** that the motion is **GRANTED** pursuant to Local Rule 7.8. Defendant Physicians Group Laboratories, LLC shall file its responsive pleadings, if any, **no later than August 30, 2024**.

New Orleans, Louisiana, this 9th day of August, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE