## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MORGAN BLAKE CRAFT,**                          **CIVIL ACTION NO. 2:24-CV-01806**
    *Plaintiff*

  **versus**                                    **JUDGE LEMELLE**

**PHYSICIANS GROUP**                             **MAGISTRATE JUDGE ROBY**
    **LABORATORIES, LLC**
    *Defendant*


### *EX PARTE* CONSENT MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADINGS

Pursuant to Local Rule 7.8, Defendant, Physicians Group Laboratories, LLC ("Defendant"), reserving all rights, arguments, and defenses, respectfully requests a 21-day extension through and including September 20, 2024, to file responsive pleadings in this matter, and in support states:

1.      Plaintiff Morgan Blake Craft ("Plaintiff") and Defendant have reached a preliminary agreement on tentative settlement terms, and they are in the process of drafting a formal settlement agreement.

2.      Defendant has previously secured one 21-day extension to file responsive pleadings. Defendant requires an additional extension while the parties work to finish drafting and executing the settlement agreement.

3.      Plaintiff's counsel has indicated that Plaintiff consents to this motion.

4.      This motion is not being filed for any improper purpose, and the granting of this motion will not cause any undue delay or prejudice.

5.      The Court should grant this motion in the interest of judicial efficiency and to preserve the resources of the Court and the parties.

Respectfully submitted,

/s/ Michael C. Mims
Thomas J. McGoey II, T.A. (Bar #18330)
Michael C. Mims (Bar #33991)
Ellen D. George (Bar #39891)
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax: (504) 556-4108
tjmcgoey@liskow.com
mmims@liskow.com
egeorge@Liskow.com

**Attorneys for Defendant**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all counsel of record by email and/or through the Court's electronic filing system, on this 28th day of August, 2024.

/s/ Michael C. Mims