**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MORGAN BLAKE CRAFT,** *Plaintiff* | **CIVIL ACTION NO. 2:24-CV-01806** |
| versus | **JUDGE LEMELLE** |
| **PHYSICIANS GROUP LABORATORIES, LLC** *Defendant* | **MAGISTRATE JUDGE ROBY** |

## ORDER

Considering the foregoing *Ex Parte* Consent Motion For Extension Of Time To File Responsive Pleadings filed by Defendant Physicians Group Laboratories, LLC, it is hereby ordered that the Motion is **GRANTED.** Defendant Physicians Group Laboratories, LLC shall file responsive pleadings on or before September 20, 2024.

New Orleans, Louisiana, this _____ day of _____, 2024.

---
**THE HONORABLE IVAN L. R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**