UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORGAN BLAKE CRAFT**<br>　　　**Plaintiff,** | Case No.   2:24-CV-01806 |
| | JUDGE IVAN L. R. LEMELLE |
| vs. | |
| | MAGISTRATE JUDGE |
| **PHYSICIANS GROUP**<br>**LABORATORIES, LLC**<br>　　　**Defendant.** | **KAREN WELLS ROBY** |

### PLAINTIFF'S RULE 7.8 *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM

Pursuant to Local Rule 7.8, Plaintiff, Morgan Blake Craft, appearing specifically and solely for these purposes without prejudice to and with full reservation of all its rights, moves this Court, *ex parte*, for a twenty-one day extension of time, through and until October 25, 2024, to respond to the Counterclaims filed by Defendant, Physicians Group Laboratory, LLC, (Rec. Doc. 11). This request, as provided by LR 7.8, is for a twenty-one (21) day extension of time from October 4, 2024, the date on which the response is currently due.

As grounds therefore, Plaintiff certifies the following:

1. Plaintiff has not previously filed for an extension of time to plead in this matter;

2. Defendant has not filed in the record an objection to an extension of time;

3. The parties are currently in the process of finalizing terms of settlement.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order granting Plaintiff's *Ex Parte* Motion for Extension of Time to Respond to Defendant's Counterclaim, and thereby extending Plaintiff's responsive pleading deadline to October 25, 2024.

        */s/ Sara Grace Sirera*
Andrew P. Burnside, LA Bar No. 14116
Sara Grace Sirera, LA Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA  70139
Telephone:  504.648.3840
Facsimile:  504.648.3859
Email: drew.burnside@ogletreedeakins.com
       sara.sirera@ogletreedeakins.com

Counsel for Plaintiff, Morgan Blake Craft

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on Defendant via the Court's ECF system, which provides electronic service to all counsel of record.

    This 10th day of October, 2024.

        */s/ Sara Grace Sirera*
SARA GRACE SIRERA