**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MORGAN BLAKE CRAFT**<br>            **Plaintiff,** | Case No.   **2:24-CV-01806** |
| **vs.** | **JUDGE IVAN L. R. LEMELLE** |
| **PHYSICIANS GROUP LABORATORIES, LLC**<br>            **Defendant.** | **MAGISTRATE JUDGE**<br>**KAREN WELLS ROBY** |

### ORDER

Considering Plaintiff's Rule 7.8 *Ex Parte* Motion for Extension of Time to Respond to Defendant's Counterclaim, it is hereby

ORDERED that Plaintiff, Morgan Blake Craft's deadline for filing a response to Defendant's Counterclaim is extended through and until October 25, 2024.

New Orleans, Louisiana this _____ day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE