UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORGAN BLAKE CRAFT**                                      **CIVIL ACTION**

**VERSUS**                                                              **NO. 24-1806**

**PHYSICIANS GROUP**                                      **SECTION "B"(4)**
**LABORATORIES, LLC**

### ORDER

Considering plaintiff Morgan Blake Craft's 7.8 *ex parte* motion for extension of time to respond to defendant's counterclaim (Rec. Doc. 13),

**IT IS HEREBY ORDERED** that the motion is **GRANTED** pursuant to Local Rule 7.8 and Federal Rule of Civil Procedure 6(b). Plaintiff Morgan Blake Craft shall file responsive pleadings, if any, **no later than October 25, 2024**.

New Orleans, Louisiana, this 7th day of October, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE

1