UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORGAN BLAKE CRAFT**<br>     Plaintiff,<br><br>vs.<br><br>**PHYSICIANS GROUP LABORATORIES, LLC**<br>     Defendant. | Case No.   2:24-CV-01806<br><br>JUDGE IVAN L. R. LEMELLE<br><br>MAGISTRATE JUDGE<br>KAREN WELLS ROBY |

## NOTICE OF SETTLEMENT

Morgan Blake Craft ("Plaintiff"), by and through counsel of record, notifies the Court that the parties have reached an agreement to settle the above-referenced litigation. Plaintiff accordingly requests entry of a conditional dismissal for sixty (60) days, allowing for reinstatement of the matter if settlement is not confected within sixty (60) days.

/s/ Sara Grace Sirera
Andrew P. Burnside, LA Bar No. 14116
Sara Grace Sirera, LA Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA  70139
Telephone:  504.648.3840
Facsimile:  504.648.3859
Email: drew.burnside@ogletreedeakins.com
           sara.sirera@ogletreedeakins.com

Counsel for Plaintiff, Morgan Blake Craft

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on Defendant via the Court's ECF system, which provides electronic service to all counsel of record.

This 7th day of October, 2024.

                                                */s/ Sara Grace Sirera*
                                                SARA GRACE SIRERA