UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORGAN BLAKE CRAFT**
       **Plaintiff,**                              Case No. 2:24-CV-01806-ILRL-KWR

**vs.**                                            Judge Ivan L.R. Lemelle

**PHYSICIANS GROUP**
**LABORATORIES, LLC**                   Magistrate Judge Karen Wells Roby
       **Defendant.**

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Morgan Blake Craft, and Defendant, Physicians Group Laboratories, LLC, who jointly move this Court to dismiss this action, including any and all claims between the parties arising out of the facts that form the basis of this lawsuit, with prejudice, with each party to bear their own costs.

Respectfully submitted, this 11th day of October , 2024.

*/s/ Thomas J. McGoey (with permission)*
Thomas J. McGoey, II
Ellen Durel George
Michael C. Mims
Liskow & Lewis, APLC
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099
Phone:  504-581-7979
Fax:  504-556-4108
Email: tjmcgoey@liskow.com
       egeorge@liskow.com
       mmims@liskow.com

**Attorneys for Defendant, Physicians Group Laboratories, LLC**

*/s/ Sara Grace Sirera*
Andrew P. Burnside, LA Bar No. 14116
Sara Grace Sirera, LA Bar No. 38405
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA  70139
Phone:  504.648.3840
Fax:  504.648.3859
Email: drew.burnside@ogletreedeakins.com
       sara.sirera@ogletreedeakins.com

**Attorneys for Plaintiff, Morgan Blake Craft**