UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MORGAN BLAKE CRAFT**
      Plaintiff,                             Case No. 2:24-CV-01806-ILRL-KWR

vs.                                                     Judge Ivan L.R. Lemelle

**PHYSICIANS GROUP**                    Magistrate Judge Karen Wells Roby
**LABORATORIES, LLC**
      Defendant.

## O R D E R

Considering the Joint Motion to Dismiss With Prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this matter, including all claims and counterclaims, is dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2024.

                                                  _____
                                                            J U D G E