UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MORGAN BLAKE CRAFT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1806** |
| **PHYSICIANS GROUP LABORATORIES, LLC** | **SECTION "B"(4)** |

## ORDER

Considering plaintiff Morgan Blake Craft's and defendant Physicians Group Laboratories, LLC's joint motion to dismiss with prejudice (Rec. Doc. 17),

**IT IS ORDERED** that the motion is **GRANTED**, dismissing **WITH PREJUDICE** plaintiff Morgan Blake Craft's claims against Physicians Group Laboratories, LLC in the above-captioned case, with each party bearing its own costs.

**IT IS FURTHER ORDERED** that all pending motions between the parties are **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 16th day of October, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE